UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

GOVERNMENT EMPLOYEES　　　　　　　　:
INSURANCE COMPANY, GEICO　　　　　　:
INDEMNITY COMPANY, GEICO　　　　　　:
GENERAL INSURANCE COMPANY and　　:　**JUDGMENT**
GEICO CASUALTY COMPANY,　　　　　　 :
　　　　　　　　　　　　　　　　　　 :　25-cv-1372 (BMC)
　　　　　　　　　　Plaintiffs,　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　-against-　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
MONAC SUPPLY INC., VUE SUPPLY　　 :
INC., BANDB SUPPLY INC., WESTEND　:
SUPPLY INC., and VIACHESLAV　　　　:
BOBKOV,　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　Defendants.　　　 :
------------------------------------------------------------- X

**COGAN**, District Judge.

This case having come before the Court on the plaintiffs' motion for a default judgment,

and the Clerk having duly noted defendants' default on the docket, and defendants having further

failed to respond to the motion for a default judgment, and the Court having entered its Order

dated June 7, 2025 granting the motion for a default judgment, it is hereby

**ORDERED AND ADJUDGED**, that plaintiffs have judgment against defendants,

jointly and severally, in the amounts set forth below:

VIACHESLAVE BOBKOV, in the amount of $1,208,129.64;

MONAC SUPPLY INC., in the amount of $63,411.05;

VUE SUPPLY INC., in the amount of $30,296.52;

BANDB SUPPLY INC., in the amount of $37,491.72;

WESTEND SUPPLY INC., in the amount of $271,510.59;

and it is further

**ORDERED, ADJUDGED, AND DECREED**, that none of defendants shall have the

right to receive payment for any bills that were previously submitted to plaintiffs.

**SO ORDERED.**

_____
*Brian M. Cogan*
U.S.D.J.

Dated:  Brooklyn, New York
        June 7, 2025